**Marlon S. KING, Jr., Appellant,**

v.

**Betty TOVAR, Appellee.**

**No. 13–03–391–CV.**

Court of Appeals of Texas,
Corpus Christi–Edinburg.

Oct. 16, 2003.

Marlon S. King, Jr., Crosby, pro se.

Allan D. Van Slyke, Richmond, for appellee.

Before Justices HINOJOSA, YAÑEZ, and GARZA.

**OPINION**

PER CURIAM.

Appellant, MARLON S. KING, JR., perfected an appeal from a judgment entered by the 328th District Court of Fort Bend County, Texas, in cause number 107894. No clerk's record has been filed due to appellant's failure to pay or make

arrangements to pay the clerk's fee for preparing the clerk's record.

If the trial court clerk fails to file the clerk's record because the appellant failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. TEX.R.APP. P. 37.3(b).

On August 1, 2003, notice was given to all parties that this appeal was subject to dismissal pursuant to TEX.R.APP. P. 37.3(b). Appellant was given ten days to explain why the cause should not be dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this Court's notice, and appellant's failure to respond, is of the opinion that the appeal should be dismissed for want of prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.